UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
Western Division

| | |
|---|---|
| **BETTY BRADFORD** | : |
| **PLAINTIFF** | : |
| v. | : Civil Action No.: 5:24-CV-00084 DCB-ASH |
| **REICH INSTALLATION SERVICES, INC.** | : |
| **DEFENDANT.** | : |

## MOTION FOR DEFAULT JUDGMENT

COMES NOW the Plaintiff, Betty Bradford by and through undersigned counsel and pursuant to Federal rule 55(b) of the Federal Rules of Civil Procedure respectfully moves this honorable Court to grant a default judgment in the above-entitled action. In support thereof, Plaintiff would show unto this court the following:

1. This court has jurisdiction over the parties and the subject matter of this civil action.

2. This action was filed in this Court on September 9, 2024.

3. Business Filings Incorporated accepted the summons and a copy of plaintiff's Complaint on behalf of the defendant, Reich Installation Services, Inc. on October 24, 2024.

4. That more than twenty-one (21) days have elapsed since Defendant was served with a summons and copy of plaintiff's Complaint.

5. The defendant has failed to answer or otherwise defend Plaintiff's Complaint.

6. The defendant is a corporation that operates in Mississippi and not an infant or an incompetent person.

7. The defendant is a corporation that operates in Mississippi and is not in military service.

8. The Court entered an entry of Default on January 15, 2025.

9. Plaintiff has incurred damages as a result of Defendant's conduct and requests an evidentiary hearing to determine the amount of damages.

10. Due to the nature of this motion, Plaintiff request that the requirement for a memorandum of law be waived.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff prays that her Motion for Default Judgment be granted awarding her lost wages, emotional and mental anguish, and attorneys' fees in an amount to be determined at an evidentiary hearing. Plaintiff also requests any such other relief as this Court deems just and proper.

Respectfully submitted this the 14th day of February 2025.

**BETTY BRADFORD**

By _/s/Darrian A. Denman_____
Darrian A. Denman MSB#105159
The Denman Law Firm, PLLC
4780 I- 55 North, Suite 100
Jackson, MS 39211
Telephone: (601) 899-0141
dadenman@denman-law.com

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and accurate copy of the foregoing was served via first class mail on the 14th day of February 2025, upon the following parties:

Reich Installation Services, Inc.
c/o Business Filings Incorporated
645 Lakeland East Drive, Suite 101
Flowood, MS 39232
*Defendant*