IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

BETTY BRADFORD                                          PLAINTIFF

v.                            CAUSE NO.: 5:24-CV-00084-DCB-ASH

REICH INSTALLATION SERVICES                             DEFENDANT


FINAL JUDGMENT

This matter came before the Court on the Motion for Default Judgment filed by the Plaintiff, Betty Bradford. [ECF No. 6]. At an evidentiary hearing on July 15, 2025, Bradford established the amounts of damages to which she claimed entitlement.

Default judgment is hereby ENTERED pursuant to Fed. R. Civ. Pro. 55 against Defendant Reich Installation Services.

IT IS ORDERED that Plaintiff shall be awarded back pay in the amount of $49,488.83 and attorney's fees in the amount of $3,000.

Therefore, the Court does hereby enter Final Judgment in the amount of $52,488.83.

SO ORDERED this 31st day of July, 2025.

                              /s/ David Bramlette
                              DAVID C. BRAMLETTE III
                              UNITED STATES DISTRICT JUDGE